**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

KC

FILED
DECEMBER 10, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 6938

| In the Matter of | Case Number: |
|---|---|
| International Union of Operating Engineers, Local 150, AFL-CIO vs. Prairie Rock Excavating, L.L.C., an Illinois Limited Liability Corporation | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

International Union of Operating Engineers, Local 150, AFL-CIO

**JUDGE MANNING**
**MAGISTRATE JUDGE COLE**

| NAME (Type or print) |
|---|
| Dale D. Pierson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Dale D. Pierson |
| FIRM |
| Local 150, Legal Department |
| STREET ADDRESS |
| 6140 Joliet Road |
| CITY/STATE/ZIP |
| Countryside, IL 60525 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6183882 | (708) 579-6663 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐