AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



### SUMMONS IN A CIVIL CASE

International Union of Operating Engineers,
Local 150, AFL-CIO,

          Plaintiff,

          V.

Prairie Rock Excavating, L.L.C., an Illinois
limited liability company,

          Defendants.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

## 07 C 6938

**JUDGE MANNING
MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Please serve:  Prairie Rock Excavating, L.L.C.
          c/o Registered Agent
          Joe Baldo
          4345 DiPaolo Center
          Glenview, IL 60025

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dale D. Pierson
Elizabeth A. LaRose
Melissa L. Binetti
Local 150 Legal Department
6140 Joliet Road, Countryside, IL 60525

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_
-----------------------------------------
(By) DEPUTY CLERK



December 10, 2007
-----------------------------------------
Date

State of Illinois

General No.: 07C6938

County of USDC CHICAGO

### AFFIDAVIT OF SERVICE

I, MICHAEL McGLOON, being first duly sworn on oath, depose and says that he/she is licnsed or registered as a private detective under the Private Detective Security Act of 1993 or appointed as a Special Process Server and service was not completed on Prairie Rock Excavating, LLC c/o Joe Baldo due to the following reason(s):

1. Moved
2. Occupant _____ knows
   but claims subject does not reside at address given.
3. Not known at address given by current occupant.
4. No such address found.
5. Need apartment or suite number.
6. Address vacant or out of business.
7. No longer employed at this location.
8. Rarely in office. Need residence for service.
9. Mail Drop or Private Mail Box business.
10. Deceased, hospitalized or incarcerated.
11. Other.
12. Security denes access to residence or office.
13. Appears home but refuses to answer door.
14. No Longer Corporate Agent.

15. Claims not the correct party. Refuses name or ID.
16. Return date expired. Reissue and return.
17. Appears home but refuses to answer door.
18. Appears avoiding service. See details below.
19. Return date expired. Reissue and return.
20. Returned by request or return date too short.
21. Numerous attempts - NO CONTACT

Additional or Other Information:

Unable to make personal contact at 4345 DiPaolo Center, Glenview, IL. Office closed on several attempts. Unable to make contact at residence, 1415 Wilmette Rd., Deerfield, IL. No response on numerous attempts.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

3-2-08

Dated

Michael McGloon
117-000192