

# INVESTIGATIONS, LLC

P. O. Box 971 • Elgin, Illinois 60121 • (847) 888-4464 • Fax: (847) 888-8588

IL License #117-000192
www.pichicago.com
email: vts@pichicago.com

27 February 2008

MELISSA BINETTI
**INTERNATIONAL UNION OF OPERATING ENGINEERS**
6140 Joliet Rd.
Countryside, IL 60525

Re:   SUBJECT:       **JOE A. BALDO**
      CASE TITLE:    IUOE v PRAIRIE ROCK EXCAVATING
      GENERAL NO.:   07C6938
      YOUR FILE:     AE-00089
      VTS FILE:      20080032

Melissa;

On three occasions prior to 15 January 2008 we attempted to serve a summons and complaint upon **Joe Baldo** at the address given of 4345 DiPaolo Center, Glenview, Illinois 60025. We found that there was never anyone present in the office.

Based on this information we conducted the agreed upon locate investigation and discovered an address for this defendant 1415 Wilmot Rd., Deerfield, Illinois 60015 with a phone number of 847-338-0114. We verified that this is the current address for Baldo. Baldo is normally home in the evenings after 8:30PM and before 9:00AM on Saturday mornings.

Since there is time remaining on the summons, we will attempt at this new address. Since this appears to complete this location matter we are placing this file in abeyance. An invoice for the attempted service, the skip trace and the service at the second address will be sent under separate cover. If you should have any questions or require anything additional please feel free to contact me.

Sincerely,

Doreen Warner
Investigator

Enclosures

/se


PLAINTIFF'S EXHIBIT 1

State of Illinois

General No.: 07C6938

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

I, MICHAEL McGLOON, being first duly sworn on oath, depose and says that he/she is licensed or registered as a private detective under the Private Detective Security Act of 1993 or appointed as a Special Process Server and service was not completed on Prairie Rock Excavating, LLC c/o Joe Baldo due to the following reason(s):

1. Moved
2. Occupant _____ knows but claims subject does not reside at address given.
3. Not known at address given by current occupant.
4. No such address found.
5. Need apartment or suite number.
6. Address vacant or out of business.
7. No longer employed at this location.
8. Rarely in office. Need residence for service.
9. Mail Drop or Private Mail Box business.
10. Deceased, hospitalized or incarcerated.
11. Other.
12. Security denies access to residence or office.
13. Appears home but refuses to answer door.
14. No Longer Corporate Agent.
15. Claims not the correct party. Refuses name or ID.
16. Return date expired. Reissue and return.
17. Appears home but refuses to answer door.
18. Appears avoiding service. See details below.
19. Return date expired. Reissue and return.
20. Returned by request or return date too short.
21. Numerous attempts - **NO CONTACT**

Additional or Other Information:

Unable to make personal contact at 4345 DiPaolo Center, Glenview, IL. Office closed on several attempts. Unable to make contact at residence, 1415 Wilmette Rd., Deerfield, IL. No response on numerous attempts.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

3-12-08
Dated

Michael McGloon
117-000192


PLAINTIFF'S EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, )))) | |
| ) | CIVIL ACTION |
| ) | |
| Plaintiff, ) | NO. 07 C 6938 |
| vs. ) | |
| ) | |
| PRAIRIE ROCK EXCAVATING, L.L.C. )) | JUDGE MANNING MAGISTRATE JUDGE COLE |
| ) | |
| Defendant. ) | |

### ORDER

This matter coming to be heard upon the Motion of Plaintiff, International Union of Operating Engineers, Local 150, ALF-CIO, by and through its attorneys, to request additional time for service of process, and the Court being fully advised in the premises, finds:

That Plaintiff has shown good cause for the failure to serve the complaint and summons upon the Defendant.

IT IS THEREFORE ORDERED:

That Plaintiff's request for an additional 120 days to effectuate service of the complaint and summons, up to and including August 7, 2008, is granted.

Enter:

Dated:_____		_____
　　　　　　　　　　　　　　　Honorable Judge Manning



PLAINTIFF'S EXHIBIT 3

Name and Address of Attorneys for the Plaintiff:

Dale D. Pierson
Elizabeth A. LaRose
Melissa L. Binetti
Lauren S. Shaprio
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL  60525
(708) 579-6663
(708) 588-1647 - facsimile

I:\AE\Prairie Rock Excavating, Inc\Pleadings\Draft Order.mtn.extend.process service.doc