IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, | ) ) ) ) | |
| | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | NO. 07 C 6938 |
| vs. | ) ) | |
| PRAIRIE ROCK EXCAVATING, L.L.C. | ) ) | JUDGE MANNING MAGISTRATE JUDGE COLE |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTON

TO:   No Appearance Filed

   PLEASE TAKE NOTICE that on the 3rd day of April, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Blanche Manning of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2125 at 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiff's Motion for Extension of Time for Service of Process, a copy of said motion is attached hereto.

                                           By:   s/Melissa L. Binetti
                                                 Attorney for the Plaintiff

Name and Address of Attorney for the Plaintiff:

Dale D. Pierson
Elizabeth A. LaRose
Melissa L. Binetti
Lauren S. Shaprio
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL  60525
(708) 579-6663
(708) 588-1647 – facsimile

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies no appearance has been filed on behalf of the Defendant in this matter therefore there is no one to serve on this 28th day of March, 2008.

                      By:   s/Melissa L. Binetti
                               Attorney for the Plaintiff

Name and Address of Attorney for the Plaintiff:

Dale D. Pierson
Elizabeth A. LaRose
Melissa L. Binetti
Lauren S. Shaprio
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL  60525
(708) 579-6663
(708) 588-1647 – facsimile

I:\AE\Prairie Rock Excavating, Inc\Pleadings\notice.motion.extend.process.service.doc