**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

International Union of Operating Engineers,
Local 150, AFL–CIO

                     Plaintiff,

v.                                          Case No.: 1:07–cv–06938
                                                  Honorable Blanche M.
                                                  Manning

Prairie Rock Excavating, L.L.C.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: Plaintiff's motion for extension of time to 8/7/2008 for service of process [10] is granted. Status hearing set for 5/20/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.