State of Illinois

General No.: 07C6938

County of USDC CHICAGO

### AFFIDAVIT OF SERVICE

MICHAEL McGLOON deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 4/16/2008 at 8:09:00 PM by leaving a true and correct copy of the attached ALIAS SUMMONS AND COMPLAINT with Prairie Rock Excavating, LLC c/o Joe Baldo as shown below:

Served the wihin named Prairie Rock Excavating, LLC c/o Joe Baldo by delivering a true and correct copy of the ALIAS SUMMONS AND COMPLAINT, to Joe Baldo a person authorized to accept service of process as agent.

Said service was effected at 1415 Wilmot Rd., Deerfield, IL 60015

Description of Person Served Sex: M  Height: 6'0  Weight: 180  Race: W  Age: 40ish

Additional or Other Information:
Defendant no longer has a business at 4345 DiPaolo Center, Glenview, IL.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

4-17-08
Dated

Michael McGloon
117-000192

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



ALIAS **SUMMONS IN A CIVIL CASE**

International Union of Operating Engineers,
Local 150, AFL-CIO,
    Plaintiff,

V.

Prairie Rock Excavating, L.L.C., an Illinois
limited liability company,
    Defendant.

CASE NUMBER:    07 C 6938

ASSIGNED JUDGE:    Manning

DESIGNATED
MAGISTRATE JUDGE:    Cole

TO: (Name and address of Defendant)

Please serve: Prairie Rock Excavating, L.L.C.
c/o Registered Agent Joe Baldo
4345 DiPaolo Center
Glenview, IL 60025

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dale D. Pierson
Elizabeth A. LaRose
Melissa L. Binetti
Local 150 Legal Department
6140 Joliet Road, Countryside, IL 60525

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*J. Cervantes*
-----------------------------------
(By) DEPUTY CLERK

April 3, 2008
-----------------------------------
Date