IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, | CIVIL ACTION<br><br>NO.  07 C 6938 |
| Plaintiff, | |
| vs. | JUDGE:  Manning |
| PRAIRIE ROCK EXCAVATING, L.L.C., an Illinois limited liability company, | MAGISTRATE JUDGE: Cole |
| Defendant. | |

**NOTICE OF MOTION**

TO:   Prairie Rock Excavating, LLC          Joe Baldo, President
      c/o Registered Agent Joe Baldo        Prairie Rock Excavating, LLC
      4345 DiPaolo Center                   1415 Wilmot Road
      Glenview, IL 60025                    Deerfield, IL 60015

PLEASE TAKE NOTICE that on the 29th day of May, 2008 at 11:00 a.m., or as soon thereafter as counsel can be heard, we shall appear before the Honorable Judge Blanche M. Manning of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2125 at 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Default, a copy of said motion is attached hereto.

By:   s/Melissa L. Binetti

Name and Address of Attorney for the Plaintiff:
Dale D. Pierson
Elizabeth A. LaRose
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL  60525
(708) 579-6663
(708) 588-1647 – fax

I:\AE\Prairie Rock Excavating, Inc\Pleadings\Motion for Default\notice.motion.default.doc