Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6938 | DATE | 6/13/2008 |
| CASE TITLE | International Union of Operating Engineers, Local 150, AFL-CIO vs. Prairie Rock Excavating, LLC. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for default judgment [16] is granted. Judgment is entered in favor of plaintiff and against defendant in the amount of $6,025.06. Enter Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|