# United States District Court

## Northern District of Illinois
### Eastern Division

International Union of Operating      **JUDGMENT IN A CIVIL CASE**
Engineers, Local 150, AFL-CIO

       v.                                      Case Number: 07 C 6938

Prairie Rock Excavating, LLC, an
Illinois limited liability company

☐      Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■      Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff and against defendant in the amount of $6,025.06.

                                                       Michael W. Dobbins, Clerk of Court

Date: 6/13/2008                                   _____
                                                  /s/ Robbie Hunt, Deputy Clerk