## RETURN OF SERVICE

| Service of the Summons was made by me | Date 7-11-08 @ 12:55 pm |
|---|---|
| Name of Server Eric Moskal | Title Process Server |

Check one space below to indicate appropriate method of service.

__X__ Served personally upon the defendant Edens Bank c/o Robert Barnes, branch manager

_____ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of

Suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left. _____

_____ Returned unexecuted. _____

_____ Other (specify). _____

### STATEMENT OF SERVICE FEES

| Description | Unit Price 85.00 | Total 85.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __7-11-08__ .
　　　　　　[insert date]

Signature of Server

Address of Server: PO Box 971, Elgin IL 60121

### CERTIFICATE OF MAILING

I hereby certify that, within 2 business days of service upon the garnishee summons, affidavit, interrogatories and garnishment notice, I served upon the judgment debtor in this cause a copy of the garnishment summons and garnishment notice by first class mail to the judgment debtor's address as indicated in the garnishment notice.

Date: __7-14-08__　　　Signature: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) CIVIL ACTION NO. 07 C 6938<br>)<br>) JUDGE Manning |
| PRAIRIE ROCK EXCAVATING, LLC,<br>an Illinois limited liability company<br>    Defendant, | )<br>) MAGISTRATE JUDGE: Cole<br>) |
| and | ) RETURN DATE: **July 31, 2008**<br>) |
| EDENS BANK,<br>Wilmette, IL 60091<br>    Garnishee. | )<br>)<br>) |

## GARNISHMENT SUMMONS (NON-WAGE)

TO THE GARNISHEE:

YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the Clerk of this Court located at U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 (312) 435-5670, on or before*  **July 31, 2008**  . However, if this summons is served on you less than 10 days before that date, you must file answers to the interrogatories on or before 14 days after that date. IF YOU FAIL TO DO SO, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.

TO THE OFFICER:

This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than the above date. *Further, within two (2) business days of service upon the garnishee, you shall mail a copy of the garnishment notice and summons to the judgment debtor by first class mail at the judgment debtors address indicated in the garnishment notice. You are further directed that within four (4) business days of service upon the garnishee that you shall file with the Clerk of this Court a certificate of mailing.*

                                                                                           **MICHAEL W. DOBBINS**
                                                                                           Clerk of Court

                        (Seal of Court)
                                                                                           **URI ISUFI**
                                                                                           Deputy Clerk

Melissa L. Binetti
Attorney for Plaintiff
Local 150 Legal Department                                                                 **JUL - 8 2008**
6140 Joliet Road                                                                           Date
Countryside, IL  60525
Ph. 708/579-6663
Fx. 708/588-1647                                                                           Date of Service: 7-11-08
                                                                                           (To be inserted by Officer on copy left with the Garnishee or other person)

**NOTE:** This summons is issued pursuant to Rule 69(a) of the Federal Rules of Civil Procedure.
* 21-30 days after date of issuance of this summons.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## NON-WAGE GARNISHMENT NOTICE

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO
Judgment Creditor

v.

PRAIRIE ROCK EXCAVATING, LLC
Judgment Debtor

CIVIL ACTION NO. 07 C 6938

JUDGE: Manning

MAGISTRATE JUDGE: Cole

RETURN DATE: **July 31, 2008**

Judgment Debtor:

Name: Prairie Rock Excavating, LLC c/o Joe Baldo, President & Registered Agent
Address: 1415 Wilmot Road
City: Deerfield, IL 60015
Telephone: n/a

Judgment Creditor/Creditor's Attorney:

Name: Melissa Binetti
Address: Local 150 Legal Department
6140 Joliet Road
City: Countryside, IL 60525
Telephone: 708/579-6663

Judgment in the amount of: $6,025.06

Garnishee: **EDENS BANK, 3245 West Lake Avenue, Wilmette, Illinois 60091**

### NOTICE

The court has issued a garnishment summons against the garnishee named above for money or property (other than wages) belonging to the judgment debtor or in which the judgment debtor has an interest. The garnishment summons was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above.

The amount of money or property (other than wages) that may be garnished is limited by federal and Illinois law. The judgment debtor has the right to assert statutory exemptions against certain money or property of the judgment debtor which may not be used to satisfy the judgment in the amount stated above.

Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; workers' compensation benefits; veterans' benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books or tools of the trade of the debtor.

The judgment debtor may have other possible exemptions from garnishment under the law.

The judgment debtor has the right to request a hearing before the court to dispute the garnishment or to declare exempt from garnishment certain money or property or both. To obtain a hearing in counties with a population of 1,000,000 or more, the judgment debtor must notify the Clerk of the Court in person and in writing at U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, before the return date specified above or appear in court on the date and time on that return date. To obtain a hearing in counties with a population of less than 1,000,000, the judgment debtor must notify the Clerk of the Court in writing at U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the return date specified above. The Clerk of the Court will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the garnishee regarding the time and location of the hearing. This notice may be sent by regular first class mail.

**CLERK, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO,<br>　　　　Plaintiff,<br><br>vs.<br><br>PRAIRIE ROCK EXCAVATING, LLC,<br>an Illinois limited liability company<br>　　　　Defendant,<br><br>and<br><br>EDENS BANK<br>Wilmette, IL 60091<br>　　　　Garnishee. | CIVIL ACTION NO. 07 C 6938<br><br>JUDGE Manning<br><br>MAGISTRATE JUDGE: Cole<br><br>RETURN DATE: **July 31, 2008** |

### AFFIDAVIT FOR NON-WAGE GARNISHMENT

I, Melissa L. Binetti, an attorney, on oath, state as follows:

1. Judgment was entered in this case on June 13, 2008 in favor of the judgment creditor INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, and against the judgment debtor PRAIRIE ROCK EXCAVATING, LLC for $6,025.06 and costs.

2. $0.00 has been paid on the judgment.

3. There is unpaid on the judgment:
   - $6,025.06　　principal
   - $　　　　　　costs
   - $　　　　　　interest
   - $6,025.06　　TOTAL

4. I believe garnishee EDENS BANK is or will be indebted to judgment debtor, other than wages, or has in its possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor's President and Registered Agent, Joe Baldo, is 1415 Wilmot Road, Deerfield, Illinois, 60015.

6. I request that summons be issued and directed to the garnishee.

**I, the undersigned, declare under penalty of perjury that the foregoing is true and correct.**

**Executed on July 7, 2008.**　　　　　　　　　　／s／ Binetti

Melissa L. Binetti
Attorney for Plaintiff
Local 150 Legal Department　　　　　　Signed and sworn to before me this 7th th day of July, 2008.
6140 Joliet Road
Countryside, IL 60525　　　　　　　　　／s／ Dana M Prasauskas
Ph. 708/579-6663　　　　　　　　　　　Notary Public
Fx. 708/588-1647

OFFICIAL SEAL
DANA M PRASAUSKAS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/15/11

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO,<br>    Plaintiff,<br><br>vs.<br><br>PRAIRIE ROCK EXCAVATING, LLC,<br>an Illinois limited liability company<br>    Defendant,<br><br>and<br><br>EDENS BANK<br>Wilmette, IL 60091<br>    Garnishee. | CIVIL ACTION NO. 07 C 6938<br><br>JUDGE Manning<br><br>MAGISTRATE JUDGE: Cole<br><br>RETURN DATE: **July 31, 2008** |

## INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

    ANSWER: [ ] Yes     [ ] No

2. If your answer is yes, describe the property: _____

    _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    ANSWER: [ ] Yes     [ ] No

4. If your answer is yes, state:
    Description: _____
    Amount: $_____     Date Due: _____

5. A notarized copy of the answer to these interrogatories must be mailed to the Clerk of Court at 219 South Dearborn Street, Chicago, Illinois 60604.

## AFFIDAVIT

_____, the undersigned on oath states that the answers to the interrogatories are true. I further certify that a copy of these completed interrogatories have been sent by first class mail to the judgment debtor and the judgment creditor or his attorney at the addresses specified in the affidavit for non-wage garnishment.

Signed and sworn to before me this
_____ day of _____, 2008.                   (Signature)
_____ (Notary Public)