*17/1.*

**F I L E D**

JUL 2 1 2008 *DE*
*7-21-2008*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

INTERNATIONAL UNION OF OPERATING )
ENGINEERS, LOCAL 150, AFL-CIO, )
       Plaintiff, )
        )
        )
       vs. )   CIVIL ACTION NO. 07 C 6938
        )
PRAIRIE ROCK EXCAVATING, LLC, )   JUDGE Manning
an Illinois limited liability company )
       Defendant, )   MAGISTRATE JUDGE: Cole
        )
       and )
        )   RETURN DATE: <u>July 31, 2008</u>
EDENS BANK )
Wilmette, IL 60091 )
       Garnishee. )

## <u>INTERROGATORIES TO GARNISHEE</u>

1.    When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

       ANSWER: [ ] Yes   [X] No

2.    If your answer is yes, describe the property: _____

       _____

3.    When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

       ANSWER: [ ] Yes   [X] No

4.    If your answer is yes, state:

       Description: _____

       Amount: $_____   Date Due: _____

5.    <u>A notarized copy of the answer to these interrogatories must be mailed to the Clerk of Court at 219 South Dearborn Street, Chicago, Illinois 60604.</u>

## <u>AFFIDAVIT</u>

_Syed Meerza_____, the undersigned on oath states that the answers to the interrogatories are true. I further certify that a copy of these completed interrogatories have been sent by first class mail to the judgment debtor and the judgment creditor or his attorney at the addresses specified in the affidavit for non-wage garnishment.

                                              _____
                                              (Signature)

Signed and sworn to before me this
17th day of July, 2008.
_Edward W Wisnewski_ (Notary Public)

<u>"OFFICIAL SEAL"</u>
EDWARD J. WISNEWSKI
Notary Public, State of Illinois
My Commission Expires Dec. 28, 2008

I:\AE\Prairie Rock Excavating, Inc\non-wage.garnishment.doc

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, Plaintiff, | ) ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 07 C 6938 |
| PRAIRIE ROCK EXCAVATING, LLC, an Illinois limited liability company Defendant, | ) ) ) ) | JUDGE Manning MAGISTRATE JUDGE: Cole |
| and | ) ) ) | RETURN DATE: July 31, 2008 |
| EDENS BANK Wilmette, IL 60091 Garnishee. | ) ) ) | |

## AFFIDAVIT FOR NON-WAGE GARNISHMENT

I, Melissa L. Binetti, an attorney, on oath, state as follows:

1.  Judgment was entered in this case on June 13, 2008 in favor of the judgment creditor INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, and against the judgment debtor PRAIRIE ROCK EXCAVATING, LLC for $6,025.06 and costs.

2.  $0.00 has been paid on the judgment.

3.  There is unpaid on the judgment:

    | | |
    |---|---|
    | $6,025.06 | principal |
    | $ | costs |
    | $ | interest |
    | $6,025.06 | TOTAL |

4.  I believe garnishee EDENS BANK is or will be indebted to judgment debtor, other than wages, or has in its possession, custody or control property belonging to him or her or in which he/she has an interest.

5.  The last known address of the judgment debtor's President and Registered Agent, Joe Baldo, is 1415 Wilmot Road, Deerfield, Illinois, 60015.

6.  I request that summons be issued and directed to the garnishee.

**I, the undersigned, declare under penalty of perjury that the foregoing is true and correct.**

**Executed on July 7, 2008.**

Melissa L. Binetti
Attorney for Plaintiff
Local 150 Legal Department
6140 Joliet Road
Countryside, IL 60525
Ph. 708/579-6663
Fx. 708/588-1647

Signed and sworn to before me this 7th th day of July, 2008.

Notary Public

OFFICIAL SEAL
DANA M PRASAUSKAS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/15/11