## United States District Court for the Northern District of Illinois

Case Number: 07CV6938    Assigned/Issued By: DAJ

Judge Name: MANNING    Designated Magistrate Judge: COLE

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

### ISSUANCES

☐ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☑ Citation to Discover Assets    _____
(Victim, Against and $ Amount)

☐ Writ _____
   (Type of Writ)

__1__ Original and __1__ copies on __08/06/08__ as to __PRAIRIE ROCK EXCAVATING (NO NOTICE)__
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05